```
FILED
April 24, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KEILAN JOHNSON, ) <br> ) <br> Defendant. ) | Case No. 2:09CR00175 EJG <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __KEILAN JOHNSON__ , Case No. __2:09CR00175 EJG__ , Charge __18USC § 1014; 42USC § 408(a)(7)(B)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- ___ Release on Personal Recognizance
- _X_ Bail Posted in the Sum of $ __15,000.00__
- _X_ Unsecured Appearance Bond
- ___ Appearance Bond with 10% Deposit
- ___ Appearance Bond with Surety
- ___ Corporate Surety Bail Bond
- _✓_ (Other)  __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 24, 2009__ at __2:00 pm__ .

By /s/ ~~John F. Moulds~~ _Dan_
John F. Moulds
United States Magistrate Judge

Copy 5 - Court