```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6
   Attorney for Defendant
7  KEILAN JOHNSON
```


FILED
MAY 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-09-175 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER |
|  | ) TO MODIFY CONDITIONS OF RELEASE |
| KEILAN JOHNSON, | ) |
| Defendant. | ) |

Keilan Johnson, by and through his attorney, Caro Marks, and the United States of America, by and through its counsel, Richard Bender (for Kyle Reardon), and Pretrial Services Officer Taifa Gaskins, hereby jointly agree and stipulate to amend the defendant's conditions of release as follows:

Condition number 11 shall be added to the defendant's conditions of release, to read:

(11) You shall participate in a program of psychiatric or

| | |
|---|---|
| 1 | psychotherapeutic treatment, as directed and approved by the Pretrial |
| 2 | Services Officer. |
| 3 | Accordingly, all parties and Mr. Johnson agree with the above |
| 4 | modifications. |

Dated: May 28, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Senior Litigator
Attorney for Defendant
KEILAN JOHNSON

/s/ Richard Bender
_____
RICHARD BENDER
Assistant United States Attorney

IT IS SO ORDERED.

5/29/09

_____
Edward J. Garcia
Senior U.S. District Court Judge