DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KEILAN JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-175 EJG |
| Plaintiff, ) | |
| ) | STIPULATION TO MODIFY CONDITIONS |
| v. ) | OF PRETRIAL RELEASE AND ORDER |
| KEILAN JOHNSON, ) | |
| Defendant. ) | |
| _____ ) | |

    Keilan Johnson, by and through his attorney, Caro Marks, the United States of America, by and through its counsel, Kyle Reardon, and Pretrial Services Officer Taifa Gaskins, hereby jointly agree and stipulate to amend the defendant's conditions of release as follows:

    The defendant's conditions of release shall be amended to add the following: ***The defendant shall participate in a cognitive behavioral treatment program as directed by the pretrial services officer. Such program may include group sessions led by a counselor or participation***

1  *in a program administered by the pretrial services officer; and such*
2  *program shall include the "MRT program" as instructed by the pretrial*
3  *services officer.*
4      Accordingly, all parties and Mr. Johnson agree with the above
5  modification.

7  Dated:  January 22, 2010            Respectfully submitted,

9                                      DANIEL J. BRODERICK
                                       Federal Defender

11                                     /s/ Caro Marks
                                       CARO MARKS
12                                     Attorney for Defendant
                                       KEILAN JOHNSON

14  DATED:  January 22, 2010           BENJAMIN WAGNER
                                       United States Attorney

16                                     /s/ Kyle Reardon
                                       KYLE REARDON
17                                     Assistant United States Attorney

19  IT IS SO ORDERED.
20  DATED:  January 22, 2010.

                                       _____
                                       U.S. MAGISTRATE JUDGE