**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*　　　　　　　　(916) 498-5700  Fax: (916) 498-5710　　　　　　　　*Linda C. Harter*
*Federal Defender*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Chief Assistant Defender*

## M E M O R A N D U M & ORDER

DATE:     February 17, 2010

TO:       Colleen Lydon, Courtroom Clerk to
          Hon. Edward J. Garcia

FROM:     Caro Marks
          Assistant Federal Defender

SUBJECT:  U.S. v. Keilan Johnson
          CR.S-09-175 EJG

---

This memo is to request that the PSR schedule and judgment and sentencing for Keilan Johnson be continued. The new scheduled dates are as follows:

| | |
|---|---|
| Proposed Pre-sentence Report due no later than | 3/12/10 |
| Preliminary Objections to Report due no later than | 3/19/10 |
| Pre-Sentence Report filed no later than | 3/26/10 |
| Motion to Correct Report filed no later than | 4/2/10 |
| **Judgment and Sentencing** | **4/9/10** |

Assistant U.S. Attorney Kyle Reardon and U.S. Probation Officer Julie Fowler have been notified of this request and have no objection.

Thank you for your assistance in this matter.

CM
bd

cc:    K. Reardon, AUSA
       J. Fowler, USPO

**IT IS SO ORDERED this 18th day of** February, 2010.

　　　　　　　　　　　　　　　　　　　　/s/ Edward J. Garcia
　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**