## OFFICE OF THE FEDERAL DEFENDER
### EASTERN DISTRICT OF CALIFORNIA
### 801 I STREET, 3rd FLOOR
### SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

Second

AMENDED

# MEMORANDUM _& Order_

**DATE:**   February 22, 2010

**TO:**   Colleen Lydon, Courtroom Clerk to
Hon. Edward J. Garcia

**FROM:**   Caro Marks
Assistant Federal Defender

**SUBJECT:**   U.S. v. Keilan Johnson
CR.S-09-175 EJG



FILED

FEB 2 4 2010

CLERK
EASTERN DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

This memo is to request that the PSR schedule and judgment and sentencing for Keilan Johnson be continued. The new scheduled dates are as follows:

| | |
|---|---|
| Proposed Pre-sentence Report due no later than | 3/12/10 |
| Preliminary Objections to Report due no later than | 3/26/10 |
| Pre-Sentence Report filed no later than | 4/02/10 |
| Motion to Correct Report filed no later than | 4/09/10 |
| Reply, or Statement of Non-Opposition | 4/16/10 |
| **Judgment and Sentencing** | **4/23/10** |

Assistant U.S. Attorney Kyle Reardon and U.S. Probation Officer Julie Fowler have been notified of this request and have no objection.

Thank you for your assistance in this matter.

CM
bd

cc:   K. Reardon, AUSA
J. Fowler, USPO

IT IS SO ORDERED

2/22/10