UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

*& Order*

## INTEROFFICE MEMORANDUM

**TO:** Colleen Lydon, Courtroom Clerk
of the Honorable Edward J. Garcia

**FROM:** Julie A. Fowler *JCO for JAF*
United States Probation Officer

**DATE:** March 10, 2010

**SUBJECT:** Keilan JOHNSON
Docket Number: 2:09CR00175-01
**JUDGMENT AND SENTENCING CONTINUANCE**

FILED
MAR 10 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

---

The above matter is scheduled for judgment and sentencing on April 2, 2010. Based on the unavailability of the probation officer, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | May 7, 2010 @ 10:00 AM |
| Reply, or Statement of Non-Opposition | April 30, 2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 23, 2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | April 16, 2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than: | April 9, 2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | March 26, 2010 |

**Reviewed by:** *Jeffrey C. Oestreicher*
JEFFREY C. OESTREICHER
**Supervising United States Probation Officer**

FILED
APR 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

JCO/mes
cc:  Kyle Reardon, Assistant United States Attorney
     Caro Marks, Defense Counsel

IT IS SO ORDERED

*[signature]*

Rev. 05/2006
CONTINUANCE – TO CT CLERK (GEB).MRG