OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

Daniel J. Broderick
Federal Defender

(916) 498-5700  Fax: (916) 498-5710

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM & Order

DATE: May 7, 2010

TO: Colleen Lydon, Courtroom Clerk to the Honorable Edward J. Garcia

FROM: Becky Darwazeh, Legal Secretary to Caro Marks, Assistant Federal Defender

SUBJECT: United States v. Keilan Johnson
Cr.S-09-175-EJG

FILED
MAY 13 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

---

This memo is to request that the judgment and sentencing for Keilan Johnson be continued from May 7, 2010 at 10:00 a.m. to June 11, 2010 at 10:00 am.. All parties are in agreement with the new scheduled date.

Thank you for your assistance in this matter.

CM
bd

/s/ EJG

cc: K. Reardon, AUSA
J. Fowler, USPO

IT IS SO ORDERED
5/12/10