BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-0175 EJG |
| | ) | |
| Plaintiff, | ) | (Proposed) ORDER CONTINUING |
| | ) | JUDGMENT AND SENTENCING |
| v. | ) | |
| | ) | |
| KEILAN JOHNSON, | ) | Date: Friday, JUNE 11, 2010 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Court: Hon. Edward J. Garcia |
| | ) | |

The parties request that the judgment and sentencing
currently set for Friday, June 11, 2010, at 10:00 a.m., be
continued to Friday, June 18, 2010, at 10:00 a.m.  The reason for

///
///
///
///
///
///
///
///
///
///

1

this request is that the Assistant United States Attorney will be
unavailable on June 11, 2010.

DATED: May 26, 2010                 Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


                            By:  */s/ Kyle Reardon*
                                 KYLE REARDON
                                 Assistant U.S. Attorney

DATED: May 26, 2010                 */s/ Kyle Reardon for*
                                 CARO MARKS
                                 Counsel for the defendant


**O R D E R**

APPROVED AND SO ORDERED.

DATED:   May 26, 2010          /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               U.S. District Court Judge