**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# MEMORANDUM

DATE:     June 17, 2010

TO:       Colleen Lydon, Courtroom Clerk to the
          Honorable Edward J. Garcia

FROM:     Becky Darwazeh, Legal Secretary to
          Caro Marks, Assistant Federal Defender

SUBJECT:  United States v. Keilan Johnson
          Cr.S-09-175-EJG

---

    This memo is to request that the judgment and sentencing for Keilan Johnson be continued from June 18, 2010 at 10:00 a.m. to July 2, 2010 at 10:00 am.. All parties are in agreement with the new scheduled date.

    Thank you for your assistance in this matter.

CM
bd

cc:   K. Reardon, AUSA
      J. Fowler, USPO


FILED
JUN 17 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IT IS SO ORDERED