**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# M E M O R A N D U M & ORDER

DATE:      June 28, 2010

TO:        Colleen Lydon, Courtroom Clerk to the
           Honorable Edward J. Garcia

FROM:      Becky Darwazeh, Legal Secretary to
           Caro Marks, Assistant Federal Defender

SUBJECT:   United States v. Keilan Johnson
           Cr.S-09-175-EJG

---

      This memo is to request that the judgment and sentencing for Keilan Johnson be continued from July 2, 2010 at 10:00 a.m. to July 16, 2010 at 10:00 am..  All parties are in agreement with the new scheduled date.

      Thank you for your assistance in this matter.

CM
bd

cc:   K. Reardon, AUSA
      J. Fowler, USPO


IT IS SO ORDERED this 28th day of June, 2010.

                                              /s/ Edward J. Garcia
                                           EDWARD J. GARCIA
                                           U. S. DISTRICT JUDGE