**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*          (916) 498-5700  Fax: (916) 498-5710          *Linda C. Harter*
*Federal Defender*                                                             *Chief Assistant Defender*

# M E M O R A N D U M & ORDER

DATE:       July 15, 2010

TO:         Colleen Lydon, Courtroom Clerk to the
            Honorable Edward J. Garcia

FROM:       Becky Darwazeh, Legal Secretary to
            Caro Marks, Assistant Federal Defender

SUBJECT:    United States v. Keilan Johnson
            Cr.S-09-175-EJG

---

      This memo is to request that the judgment and sentencing for Keilan Johnson be continued from July 16, 2010 at 10:00 a.m. to August 27, 2010 at 10:00 am..  All parties are in agreement with the new scheduled date. The reason for this continuance is that defense counsel just received court documents from another jurisdiction that significantly reduce the defendant's criminal score.  All parties need time to discuss this change in the PSR.

      Thank you for your assistance in this matter.

CM
bd

cc:    K. Reardon, AUSA
       J. Fowler, USPO

                              IT IS SO ORDERED, July 10, 2010


                              /s/ Edward J. Garcia
                              SR. U. S. DISTRICT JUDGE