**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

DATE:     July 22, 2010

TO:       Colleen Lydon, Courtroom Clerk to
          Hon. Edward J. Garcia

FROM:     Caro Marks
          Assistant Federal Defender

SUBJECT:  U.S. v. Keilan Johnson
          CR.S-09-175 EJG

**FILED**
JUL 2 3 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

This memo is to request that the PSR schedule for Keilan Johnson be continued. The new scheduled dates are as follows:

| | |
|---|---|
| Preliminary Objections to Report due no later than | 7/30/10 |
| Pre-Sentence Report filed no later than | 8/06/10 |
| Motion to Correct Report filed no later than | 8/13/10 |
| Reply, or Statement of Non-Opposition | 8/20/10 |
| **Judgment and Sentencing** | **8/27/10** |

Assistant U.S. Attorney Kyle Reardon and U.S. Probation Officer Julie Fowler are in agreement to the new scheduled dates.

Thank you for your assistance in this matter.

CM
bd

cc:   K. Reardon, AUSA
      J. Fowler, USPO

IT IS SO ORDERED

/s/ Edward J. Garcia
7/23/10