HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
KEILAN JOHNSON

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTERN DISTRCIT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br> Plaintiff,  <br> v.  <br> KEILAN JOHNSON,  <br> Defendant. | NO. Cr.S. 09-0175-WBS  <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING  <br><br> DATE: January 6, 2014  <br> TIME: 9:30 AM  <br> JUDGE: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through, Assistant U.S. Attorney SHERRY HAUS and defendant KEILAN JOHNSON by and through his counsel Assistant Federal Defender BENJAMIN GALLOWAY that the Admit/Deny hearing set for Monday, December 23, 2013 be continued to Monday, January 6, 2014 at 9:30 a.m. United States Probation Officer Phil Mizutani has no objection to the new scheduled date.

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

The reason for this continuance is to allow defense counsel additional time to review the allegations with the defendant and to continue investigating the facts of the case.

Dated:  December 17, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
KEILAN JOHNSON

Dated: December 17, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Sherry Haus
SHERRY HAUS
Assistant United States Attorney
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Dated:  December 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-